UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> *Defendant.* | Civil Action No. 18-0741 (RBW) |
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> *Defendant.* | Civil Action No. 19-2640 (RBW) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of October 15, 2021, Plaintiff Federation for American Immigration Reform ("FAIR" or "Plaintiff") and Defendant U.S. Immigration and Customs Enforcement ("ICE" or "Defendant") hereby submit their joint status report in the above captioned consolidated Freedom of Information Act ("FOIA") actions.

On April 6, 2020, Defendant filed its motion for summary judgment in these consolidated actions. On July 27, 2020, Plaintiff filed its opposition and cross-motion for summary judgment.

In response to Defendant's unopposed motion for an extension of time, the Court issued a Minute Order on July 31, 2020, establishing November 2, 2020, as the deadline for Defendant to file its reply brief in support of its motion for summary judgment and its opposition to Plaintiff's cross-motion for summary judgment and December 30, 2020, as the deadline for Plaintiff to file its reply brief in support of its cross-motion for summary judgment.

On October 27, 2020, the parties submitted a Joint Motion to Vacate Deadlines to File Remaining Summary Judgment Briefs or, Alternatively, to Extend Deadlines to File Remaining Briefs. ECF No. 59 (ECF references herein are to the docket entries in No. 18-cv-0741 after consolidation). The joint motion stated that Plaintiff expected to convey a proposal for settlement discussion purposes to Defendant in early November 2020 and requested, *inter alia*, that the Court vacate or extend the deadlines for the parties to file their remaining briefs so as to permit the parties time to conduct settlement discussions.

The Court issued a Minute Order on October 30, 2020, which granted the joint motion, vacated the remaining deadlines for the parties to file their summary judgment briefs, and ordered the parties to file a joint status report on or before December 17, 2020, "advising the Court of the status of their settlement discussions and proposing a schedule for further proceedings unless a stipulation of dismissal has been filed by that date."[1]

---

[1] As previously reported, there appears to be an error for one of the entries on February 2, 2021, in the Docket Report for Civil Action No. 18-0741 mentioning those briefs. Specifically, one of the entries for February 2, 2021, states that: "Set/Reset Deadlines: Response to Cross Motion due by 2/26/2021. Reply to Cross Motion due by 3/17/2021. Reply to Motion for Summary Judgment due by 2/26/2021. (hs) (Entered: 02/02/2021)". To the knowledge of undersigned counsel for the respective parties, the Court vacated the deadlines for Defendant to file a response to Plaintiff's cross motion for summary judgment and a reply to Defendant's motion for summary judgment, and for Plaintiff to file a reply to its cross motion for summary judgment. The deadlines to file those papers were set before February 2, 2021, and were vacated by the Court in its Minute

On December 17, 2020, the parties filed their joint status report. ECF No. 60. The report stated that on November 30, 2020, Plaintiff conveyed a settlement proposal to Defendant and that on December 6, 2020, and December 11, 2020, Defendant requested additional information in connection with that settlement proposal. The report also stated that on December 17, 2020, Plaintiff transmitted certain additional information for settlement discussion purposes to Defendant. Plaintiff reported that it required additional time to prepare and transmit further information to Defendant for settlement discussion purposes. *See* ECF No. 60.

After the parties filed a joint status report on February 5, 2021 (ECF No. 62), the Court issued a Minute Order on February 11, 2021, which, *inter alia*, ordered the parties to file another joint status report by March 22, 2021, denied without prejudice to reinstatement Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment pending the outcome of the settlement discussions between the parties, and stated that "[s]hould the parties elect to pursue their summary judgment motions as originally filed, the parties shall so advise the Court and the motions will be reinstated."

The parties filed their next joint status reports on March 22, 2021 (ECF No. 63), April 27, 2021 (ECF No. 64), June 22, 2021 (ECF No. 66), August 6, 2021 (ECF No. 67), and October 5, 2021 (ECF No. 68). On June 22, 2021, before the parties submitted their joint status report later that day, Plaintiff conveyed additional information for settlement discussion purposes to Defendant for review.

---

Order of October 30, 2020. In any event, on February 11, 2021, the Court issued a Minute Order that, *inter alia*, denied the parties' respective motions for summary judgment without prejudice to reinstatement pending the outcome of the parties' settlement discussions.

Defendant has reviewed Plaintiff's settlement proposal and, for purposes of the parties' settlement discussions, sent a communication on October 5, 2021, to Plaintiff concerning the proposal. Plaintiff is preparing a response to Defendant but requires additional time to finish its response and convey it to Defendant for review. Accordingly, the parties respectfully request an opportunity to continue their settlement discussions so as to try to resolve this action without the need for further litigation.

In light of the above, the parties respectfully propose to submit another joint status report on or before December 22, 2021, informing the Court of the status of their settlement discussions and proposing a schedule for further proceedings unless a stipulation of dismissal has been filed by that date.

\*     \*     \*     \*     \*

November 17, 2021                                    Respectfully submitted,

/s/ *Ralph L. Casale*
RALPH L. CASALE
DC Bar No. 423526
Immigration Reform Law Institute
25 Massachusetts Ave., N.W.
Suite 335
Washington, DC  20001
Telephone:  (202) 232-5590
rcasale@irli.org

*Counsel for Plaintiff*


MATTHEW M. GRAVES
D.C Bar #481052
United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

By:      /s/ *Sian Jones*
SIAN JONES
D.C. Bar No. 1024062
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-2578
Sian.Jones@usdoj.gov

*Attorneys for the United States of America*